WILHELMINA SARBIN, as Administratrix of the Estate of IGNATZ SCHMITT, Deceased, Respondent, *v.* KATHINKA M. STOSS, Appellant.

*Schmitt* v. *Stoss*, 154 App. Div. 889, affirmed.
(Submitted April 1, 1914; decided April 21, 1914.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered December 24, 1912, affirming a judgment in favor of plaintiff's intestate entered upon a decision of the court on trial at Special Term in an action to compel specific performance of a covenant to renew a lease.

*Alexander Thain* and *John Theall* for appellant.

*Uriah W. Tompkins* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., WERNER, COLLIN, CUDDEBACK, HOGAN, HORNBLOWER and CARDOZO, JJ.